# Court of Appeals
# of the State of Georgia

ATLANTA,  April 15, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1172. DAVID GILMORE v. IN RE ESTATE OF DENIS GALE TILTON.**

On December 27, 2023, David Gilmore filed a notice of appeal from the superior court's order resolving his appeal from a probate court decision. Because the record reveals that the superior court's order was entered on September 12, 2023, we lack jurisdiction to consider this appeal.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Gilmore's notice of appeal was filed 106 days after entry of the superior court's order. Accordingly, we lack jurisdiction to consider this appeal, which is hereby DISMISSED. See id.

To the extent Gilmore alleges that the superior court frustrated his ability to seek appellate review by failing to notify him of its order in a timely manner, his remedy is to petition the superior court to vacate and re-enter the order under OCGA § 9-11-60 (g). See *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980), disapproved in part by *Wright v. Young*, 297 Ga. 683, 684, n.3 (777 SE2d 475)

(2015). If the order is vacated and re-entered, Gilmore would be required to file a notice of appeal within 30 days from the date of re-entry. Id.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  04/15/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*